In the Matter of the Trusts Created in the Will of ALLEN AYRAULT, Deceased.*

(Argued May 2, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 20, 1894, which affirmed a decree of the Surrogate's Court of Livingston county dismissing an application to compel Charles P. Bowditch, trustee under the will of Allen Ayrault, deceased, to account.

*Ernest F. Ayrault* for appellant.

*John G. Milburn* for respondent.

Agree to affirm on opinion below.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

* Reported below, 81 Hun, 107.